**NO OPINIONS HANDED DOWN FOR JULY 7, 2015**